Nikhil Shreeham Agharkar, State Bar No. 247757
Email: fedcourt@pierrepierrelaw.com
Pierre Pierre Law, P.C.
180 Promenade Circle North
Suite 300 - #1147
Sacramento, CA 95834
Telephone: (646) 992-8383
Facsimile: (718) 504-6962

Attorneys for Plaintiff:
ELLEN MARIE MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ellen Marie McCormick,<br><br>    Plaintiff.<br><br>    -v-<br><br>Commissioner of Social Security,<br><br>    Defendant. | No.: 1:23-cv-01522-SKO<br><br>**JOINT STIPULATION AND UNOPPOSED MOTION FOR ENLARGEMENT OF BRIEFING PAGES**<br><br>(Doc. 10) |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend Plaintiff's briefing word limitation to 7,743 words.

   Plaintiff's counsel makes this request because of the complex medical issues and legal errors requiring careful analysis for the Court's consideration.

Dated: January 22, 2024                                              Respectfully submitted,

| | |
|---|---|
| | PIERRE PIERRE LAW, P.C. |
| | By: /s/ Nikhil Shreeham Agharkar<br>NIKHIL SHREEHAM AGHARKAR<br>Attorney for Plaintiff |
| Date: January 22, 2024 | By: PHILLIP A. TALBERT<br>United States Attorney<br>/s/ Jennifer Lee Tarn*as authorized by email<br>Jennifer Lee Tarn<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

Based on the foregoing stipulation (Doc. 10), and good cause appearing, the Plaintiff's briefing page limit is extended to 35 pages, not including a Table of Contents or other administrative pages.

IT IS SO ORDERED.

Dated: **January 23, 2024**        /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

2