1  Nikhil Shreeham Agharkar, State Bar No. 247757
2  Email: fedcourt@pierrepierrelaw.com
   Pierre Pierre Law, P.C.
3  180 Promenade Circle North
   Suite 300 - #1147
4  Sacramento, CA 95834
   Telephone: (646) 992-8383
5  Facsimile: (718) 504-6962

6  Attorneys for Plaintiff:
   ELLEN MARIE MCCORMICK
7

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 Ellen Marie McCormick,            )
                                     )  No.: 1:23-cv-01522-SKO
11                  Plaintiff.       )
                                     )
12                                   )
             -v-                     )  **STIPULATION AND UNOPPOSED**
13                                   )  **MOTION FOR EXTENSION OF**
                                     )  **BRIEFING SCHEDULE; ORDER**
14 Commissioner of Social Security,  )
                                     )  **(Doc. 17)**
15                  Defendant.

16 ─────────────────────────────

17     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with
18 the approval of this Court, to extend Plaintiff's time to file her Reply brief 21 days, through and
19 including May 24, 2024.
20
       This is the first extension of time requested by Plaintiff. Plaintiff's counsel makes this
21
   request because of workload that includes 15 opening briefs, 5 Replies and a Circuit Court brief
22
23 due between April and May.

24  Dated: April 29, 2024              Respectfully submitted,
25                                     PIERRE PIERRE LAW, P.C.
26                                 By:  */s/* Nikhil Shreeham Agharkar
                                       NIKHIL SHREEHAM AGHARKAR
27                                     Attorney for Plaintiff
28
                                     1

Date:  April 29, 2024          PHILLIP A. TALBERT
                                United States Attorney

                        By:    */s/ Gabriel Bono\**
                                Gabriel Bono
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                *\*as authorized by email*

ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 17), IT IS HEREBY ORDERED that the deadline for Plaintiff's Reply shall be extended to and including May 24, 2024.

IT IS SO ORDERED.

Dated:  **May 6, 2024**                    */s/ Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE