UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ellen Marie McCormick,<br><br>    Plaintiff.<br><br>vs.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-01522-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER<br><br>(Doc. 25) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of eleven thousand three hundred seventy-two dollars and 38/00 [$11,372.38]. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, to be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this action.

| | |
|---|---|
| Dated: September 23, 2024 | Respectfully Submitted,<br>Pierre Pierre Law, P.C.<br><br>By: /s/ Nikhil Shreeham Agharkar<br>Attorney for Plaintiff<br>PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ Gabriel Bono*<br>Gabriel Bono<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## **ORDER**

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) (the "Stipulation") (Doc. 25), IT IS ORDERED that EAJA fees are awarded in the amount of eleven thousand three hundred seventy-two dollars and 38/00 ($11,372.38), subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 25, 2024**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE